# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5313
_____

JAMES GILLISPIE,

Appellant,

v.

JOSHUA CHRISTIAN DIEHL,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Jack R. Heflin, Judge.

October 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., and WOLF and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Glenn M. Swiatek, Shalimar, for Appellant.

Joshua Christian Diehl, pro se, for Appellee.